UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JEREMY SMITH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) 1:25-cv-00525-SDN ) |
| TESHA MOSHER, et al., | ) ) ) ) |
| Defendants. | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On November 25, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint after preliminary review under 28 U.S.C. § 1915A(a). ECF No. 5. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on December 9, 2025, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is **AFFIRMED** and **ADOPTED**. ECF No. 5. Plaintiff's complaint is **DISMISSED** without prejudice. ECF No. 1.

**SO ORDERED.**

Dated this 9th day of January, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

1